✓ FILED ___ LODGED
___ RECEIVED ___ COPY
2016 SEP -7 P 5:03
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

JOHN S. LEONARDO
United States Attorney
District of Arizona
SHELLEY K.G. CLEMENS
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: shelley.clemens@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

Francisco Javier Caballero-Bustamante,
Jose Carlos Lemus-Veliz,
Abelardo Rodriguez-Arvizu,
(Counts 1-4, Forfeiture)

Defendants.

S U P E R S E D I N G I N D I C T M E N T

CR-15-1390-TUC-JGZ(EJM)

VICTIM CASE

Violations:
18 U.S.C. § 1951
(Conspiracy To Interfere With Commerce By Robbery)
Count 1

18 U.S.C. § 924(c)(1)(A)(i).
(Possession Of A Firearm In Furtherance Of A Crime Of Violence)
Count 2

21 U.S.C. §§ 841(a)(1), 841(b)(1)(D) & 846
(Conspiracy To Possess With Intent To Distribute Marijuana)
Count 3

18 U.S.C. § 924(c)(1)(A)(i).
(Possession Of A Firearm In Furtherance Of A Drug Trafficking Crime)
Count 4

18 U.S.C. § 924(d), 21 U.S. C. § 853, 28 U.S.C. § 2461
(Forfeiture Allegation)

**THE GRAND JURY CHARGES:**

**COUNT ONE**

Beginning at a date unknown and continuing up to and including October 24, 2014, at or near Tucson and elsewhere, in the District of Arizona, FRANCISCO JAVIER CABALLERO-BUSTAMANTE, JOSE CARLOS LEMUS-VELIZ, and ABELARDO RODRIGUEZ-ARVIZU, did knowingly and intentionally conspire with others known and unknown to the grand jury to obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as defined in Title 18, United States Code, Section 1951, by robbery, in that the defendants unlawfully conspired to interfere with the movement of drugs through the unlawful taking and obtaining of property from a person and in the presence of another, against his will, by means of actual and threatened force, violence, and fear of injury, immediate and future, to his person and property and to anyone in his company at the time of the taking and obtaining; in violation of Title 18, United States Code, Section 1951.

MANNER AND MEANS

1. Defendant, FRANCISCO JAVIER CABALLERO-BUSTAMANTE, JOSE CARLOS LEMUS-VELIZ, and ABELARDO RODRIGUEZ-ARVIZU, and others known and unknown, travelled to an area south of the Pascua Yaqui Indian Nation, at or near Tucson, in the District of Arizona, for the purpose of robbing marijuana from marijuana drug smugglers;

2. FRANCISCO JAVIER CABALLERO-BUSTAMANTE, JOSE CARLOS LEMUS-VELIZ, and ABELARDO RODRIGUEZ-ARVIZU, were all armed with firearms.

3. The defendants intended to use the firearms to rob marijuana loads from individuals engaged in smuggling marijuana, usually by "backpacking" the marijuana, from Mexico into the United States, by means of actual and threatened force, violence, and fear of injury, immediate and future, to the backpacker/ smuggler and his property and to anyone in his company at the time of the forcible taking and obtaining of the marijuana.

**COUNT TWO**

Beginning at a date unknown and continuing up to and including October 24, 2014, at or near Tucson and elsewhere, in the District of Arizona, FRANCISCO JAVIER

CABALLERO-BUSTAMANTE, JOSE CARLOS LEMUS-VELIZ, and ABELARDO RODRIGUEZ-ARVIZU did knowingly possess firearms, that is: a Springfield Armory Model XDM .40 caliber handgun, bearing serial number MG189829, a Mossberg, model 500A 12 gauge shotgun, bearing serial number K177904, a Romarm Cugir, Model CUG1K 7.62 x 39 rifle, bearing serial number 1968BL2576, a Taurus Millenium PT111 9 MM, bearing serial number TFR 98250, and a Norinco, Model SKS, 7.62 x 39 rifle, bearing serial number 07051; in furtherance of a crime of violence, to wit: Conspiracy to Interfere with Commerce by Robbery, as alleged in Count One of this Indictment, which is a felony prosecutable in a court of the United States, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

**COUNT THREE**

Beginning at a date unknown and continuing up to and including October 24, 2014, at or near Tucson and elsewhere, in the District of Arizona, FRANCISCO JAVIER CABALLERO-BUSTAMANTE, JOSE CARLOS LEMUS-VELIZ, and ABELARDO RODRIGUEZ-ARVIZU, named herein as defendants, did knowingly and intentionally combine, conspire, confederate, and agree together and with others known and unknown to the grand jury, to possess with intent to distribute less than 50 kilograms of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

All in violation of Title 21, United States Code, Section 846.

**COUNT FOUR**

Beginning at a date unknown and continuing up to and including October 24, 2014, at or near Tucson, and elsewhere, in the District of Arizona, FRANCISCO JAVIER CABALLERO-BUSTAMANTE, JOSE CARLOS LEMUS-VELIZ, and ABELARDO RODRIGUEZ-ARVIZU did knowingly possess firearms, that is: a Springfield Armory Model XDM .40 caliber handgun, bearing serial number MG189829, a Mossberg, model 500A 12 gauge shotgun, bearing serial number K177904, a Romarm Cugir, Model CUG1K 7.62 x 39 rifle, bearing serial number 1968BL2576, a Taurus Millenium PT111 9 MM,

bearing serial number TFR 98250, and a Norinco, Model SKS, 7.62 x 39 rifle, bearing serial number 07051; in furtherance of a drug trafficking crime, to wit: Conspiracy to Possess with Intent to Distribute Marijuana, as alleged in Count Three of this Indictment, which is a felony prosecutable in a court of the United States, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 924(c)(1)(C)(i).

**FORFEITURE ALLEGATION**

Upon conviction of Counts One, Two and Four of this Indictment, defendants FRANCISCO JAVIER CABALLERO-BUSTAMANTE, JOSE CARLOS LEMUS-VELIZ, and ABELARDO RODRIGUEZ-ARVIZU shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to: a Springfield Armory Model XDM .40 caliber handgun, bearing serial number MG189829, a Mossberg, model 500A 12 gauge shotgun, bearing serial number K177904, a Romarm Cugir, Model CUG1K 7.62 x 39 rifle, bearing serial number 1968BL2576, a Taurus Millenium PT111 9 MM, bearing serial number TFR 98250, and a Norinco, Model SKS, 7.62 x 39 rifle, bearing serial number 07051.

Upon conviction of Count Three of this Indictment, defendants FRANCISCO JAVIER CABALLERO-BUSTAMANTE, JOSE CARLOS LEMUS-VELIZ, and ABELARDO RODRIGUEZ-ARVIZU shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, all right, title, and interest in (1) any property, real or personal constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as the result of the said violations, and (2) any property used, or intended to be used, in any manner or part, to commit, or to facilitate, the commission of the said violations. The property to be forfeited includes, but is not limited to: a Springfield Armory Model XDM .40 caliber handgun, bearing serial number MG189829, a Mossberg, model 500A 12 gauge shotgun, bearing serial number K177904, a Romarm Cugir, Model CUG1K 7.62 x 39 rifle, bearing serial number 1968BL2576, a Taurus Millenium PT111 9

MM, bearing serial number TFR 98250, and a Norinco, Model SKS, 7.62 x 39 rifle, bearing serial number 07051.

If any of the forfeitable property, as a result of any act or omission of the defendants: (1) cannot be located upon the exercise of due diligence; (2) has been transferred or sold to, or deposited with, a third party; (3) has been placed beyond the jurisdiction of the court; (4) has been substantially diminished in value; or (5) has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property, including but not limited to all property, both real and personal, owned by the defendants.

All pursuant to Title 18, United States Code, Section 924(d); Title 21, United States Code, Section 853; Title 28, United States Code, Section 2461(c); and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/S/

Presiding Juror

JOHN S. LEONARDO
United States Attorney
District of Arizona

/S/

Assistant U.S. Attorney

Dated: September 7, 2016

REDACTED FOR PUBLIC DISCLOSURE