AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | *Amended* |
| | ) Case No. 4:15-cr-01390-JGZ-EJM |
| Abelardo Rodriguez-Arvizu | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

   YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Abelardo Rodriguez-Arvizu,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18:1951 Conspiracy to Interfere with Commerce by Robbery; Forfeiture Allegation
18:924(c)(1)(A)(i) Possession of a Firearm in Furtherance of a Crime of Violence; Forfeiture Allegation
21:841(a)(1) and (b)(1)(D); 21:846 Conspiracy to Possess with Intent to Distribute Marijuana
18:924(c)(1)(A)(i) Possession of a Firearm in Furtherance of a Drug Trafficking Crime; Forfeiture Allegation

Date:   09/09/2016

   *Issuing officer's signature*

   **BRIAN D. KARTH**

City and state:   Tucson, AZ

   S. Barraza/Deputy Clerk
   *Printed name and title*

---

### Return

This warrant was received on *(date)* 09/09/2016, and the person was arrested on *(date)* 11/20/2019
at *(city and state)*   Tucson, Arizona.

Date: 11/20/2019

   *Arresting officer's signature*

   Michelle L. Terwilliger - FBI SA
   *Printed name and title*